# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 17-54773 |
| Jeffrey R. Shope | : | Chapter 13 |
| Debtor. | : | Judge John E. Hoffman, Jr. |

## MOTION TO VOLUNTARILY DISMISS CHAPTER 13 CASE

The Debtor, Jeffrey R. Shope, pursuant to 11 U.S.C. Section 1307(b), hereby requests dismissal of the above captioned Chapter 13 case. Debtor respectfully requests that the motion be granted for reasons more fully set forth in the Memorandum below.

Date: August 10, 2017

Respectfully submitted,

JUMP LEGAL GROUP, LLC

/s/ W. Mark Jump
W. Mark Jump (0062837)
2130 Arlington Avenue
Columbus, OH 43221
(614) 481-4480—Office
(866) 334-2208—Fax
wmjump@jumplegal.com
*Attorney for Debtor*

## **MEMORANDUM IN SUPPORT**

1. This case was filed on July 27, 2017 and is a case under Chapter 13 of the Bankruptcy Code;

2. This case has not been previously converted under section 706 or 1112 of the Bankruptcy Code;

WHEREFORE, Debtor respectfully requests the court for an order dismissing his Chapter 13 case.

>Respectfully submitted,
>JUMP LEGAL GROUP, LLC
>
>/s/ W. Mark Jump_____
>W. Mark Jump (0062837)
>2130 Arlington Avenue
>Columbus, OH 43221
>(614) 481-4480—Office
>(866) 334-2208—Fax
>bankruptcycourt@jumplegal.com
>*Attorney for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion To Voluntarily Dismiss Chapter 13 Case was served (i) **electronically** on August 11, 2017 through the Court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. mail** on August 11, 2017 addressed to:

See Attached Creditor Matrix

/s/ W. Mark Jump
W. Mark Jump

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-2<br>Case 2:17-bk-54773<br>Southern District of Ohio<br>Columbus<br>Fri Aug 11 12:51:36 EDT 2017 | Asst US Trustee (Col)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Calvary Apostolic Church<br>c/o William R. Roth Assoc.<br>395 Library Park South<br>Columbus, OH 43215-4704 | Ditech Mortgage<br>3200 Park Center Dr.<br>Suite 150<br>Costa Mesa, CA 92626-1982 | Jennifer A. Hemenway<br>1114 Dublin Rd.<br>Columbus, OH 43215-1039 |
| Joshua Epling<br>7550 Paragon Rd.<br>Dayton, OH 45459-5317 | Logansport Savings Bank FSB<br>1000 Technology Dr.<br>O Fallon, MO 63368-2239 | Shannon Shope<br>7292 Kemperwood Ct.<br>Blacklick, OH 43004-8662 |
| True Health Chiropractic<br>c/o Mark A. McLeod<br>Suite 1900, 471 E. Broad St.<br>Columbus, OH 43215-3864 | United States Attorney's Office<br>Southern District of Ohio<br>303 Marconi Blvd. suite 200<br>Columbus, OH 43215-2326 | Faye D. English<br>Chapter 13 Trustee<br>10 West Broad Street<br>Suite 900<br>Columbus, OH 43215-3449 |
| Jeffrey R. Shope<br>7292 Kemperwood Ct.<br>Blacklick, OH 43004-8662 | W Mark Jump<br>2130 Arlington Avenue<br>Columbus, OH 43221-4314 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank Of America
Department 4161
Peidmont Parkway
Greensboro, NC 27410

End of Label Matrix
Mailable recipients    13
Bypassed recipients     0
Total                  13